1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIP MORRIS USA, INC.,                                    No. 03-4720 SBA

        Plaintiffs

                                         **ORDER**

v.

BONFARE MARKETS, INC., et al.,                      [Docket Nos. 355 & 357]

        Defendants.

_____/

       On February 8, 2005, the parties came before the Court for hearing on Plaintiff's Motion for

Default Judgment  [Docket No. 355] and Defendants' Motion to Set Aside the Default [Docket No. 357].

This Order merely memorializes the Court's rulings at that hearing.

       Accordingly,

       For the reasons provided during the February 8, 2005 hearing, IT IS HEREBY ORDERED THAT

Plaintiff's Motion for Default Judgment is GRANTED and Defendants' Motion to Set Aside the Default is

DENIED.

       IT IS SO ORDERED.

*Saundra B Armstrong*
_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

Dated: 8-22-05